Jeffrey M. Lenkov (State Bar No. 156478)
jlenkov@zellaw.com
Bahareh Habibi Esq. (State Bar No. 274271)
bhabibi@zellaw.com
**ZELMS ERLICH LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (213) 974-1157
Facsimile: (818)279-2550

Attorneys for Defendant, O'REILLY AUTO ENTERPRISES, LLC

**UNITED STATES DISTRICT COURT**

**NORTH DISTRICT OF CALIFORNIA**

Jordan Allen Jester,

Plaintiff,

v.

O'Reilly Automotive Stores, Inc., O'Reilly Auto Enterprises, LLC., and Does 1 to 20.

Defendants.

Case No.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

The undersigned counsel of record for Defendant O'REILLY AUTO ENTERPRISES, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

| | |
|---|---|
| Jordan Allen Jester | Plaintiff |
| O'Reilly Auto Enterprises, LLC | Defendant |
| O'Reilly Automotive Stores, Inc. | Sole Member of Defendant |

DATED: October 9, 2025

**ZELMS ERLICH LENKOV**

By: [signature]

Jeffrey M. Lenkov
Bahareh Habibi
Attorneys for Defendant,
O'REILLY AUTO ENTERPRISES, LLC

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

# PROOF OF SERVICE

***Jordan Allen Jester vs. O'Reilly Automotive***

**Case No.:**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On **October 9, 2025**, I served true copies of the following document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Tarik R. Habbas<br>Habbas, Nasseri & Associates<br>1501 The Alameda<br>San Jose, CA 95126<br>Telephone: (408) 278-0480<br>Facsimile: (408) 278-0488 | ***Attorneys for Plaintiff***<br><br>Litigation@habbaslaw.com |

**[X]** **BY E-MAIL:** the foregoing above-described document(s) were electronically served to the above-mentioned party. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only.

**[X]** **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 9, 2025**, in Woodland Hills, California.

| | |
|---|---|
| NATALIE ROMERO | */s/ Natalie Romero* |
| Type or Print Name | Signature |