Jeffrey M. Lenkov (State Bar No. 156478)
jlenkov@zellaw.com
Bahareh Habibi Esq. (State Bar No. 274271)
bhabibi@zellaw.com
**ZELMS ERLICH LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (213) 974-1157
Facsimile: (818)279-2550

Attorneys for Defendant, O'REILLY AUTO ENTERPRISES, LLC

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**UNITED STATES DISTRICT COURT**

**NORTH DISTRICT OF CALIFORNIA**

Jordan Allen Jester,

Plaintiff,

v.

O'Reilly Automotive Stores, Inc., O'Reilly Auto Enterprises, LLC., and Does 1 to 20.

Defendants.

Case No.

**CORPORATE DISCLOSURE STATEMENT OF O'REILLY AUTO ENTERPRISES, LLC (Local Rule 7.1-1)**

The undersigned counsel of record for Defendant O'REILLY AUTO ENTERPRISES, LLC, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

DATED: October 9, 2025

**ZELMS ERLICH LENKOV**

By: 

Jeffrey M. Lenkov
Bahareh Habibi
Attorneys for Defendant,
O'REILLY AUTO ENTERPRISES, LLC

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**PROOF OF SERVICE**
***Jordan Allen Jester vs. O'Reilly Automotive***
**Case No.:**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On **October 9, 2025**, I served true copies of the following document(s) described as **CORPORATE DISCLOSURE STATEMENT OF O'REILLY AUTO ENTERPRISES, LLC (Local Rule 7.1-1)** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Tarik R. Habbas<br>Habbas, Nasseri & Associates<br>1501 The Alameda<br>San Jose, CA 95126<br>Telephone: (408) 278-0480<br>Facsimile: (408) 278-0488 | ***Attorneys for Plaintiff***<br>Litigation@habbaslaw.com |

**[X]** **BY E-MAIL:** the foregoing above-described document(s) were electronically served to the above-mentioned party. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only.

**[X]** **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 9, 2025**, in Woodland Hills, California.

| | |
|---|---|
| NATALIE ROMERO | */s/ Natalie Romero* |
| Type or Print Name | Signature |