Jeffrey M. Lenkov (State Bar No. 156478)
jlenkov@zellaw.com
Bahareh Habibi Esq. (State Bar No. 274271)
bhabibi@zellaw.com
**ZELMS ERLICH LENKOV**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (213) 974-1157
Facsimile: (818)279-2550

Attorneys for Defendant, O'REILLY AUTO ENTERPRISES, LLC

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**UNITED STATES DISTRICT COURT**

**NORTH DISTRICT OF CALIFORNIA**

Jordan Allen Jester,

Plaintiff,

v.

O'Reilly Automotive Stores, Inc., O'Reilly Auto Enterprises, LLC., and Does 1 to 20.

Defendants.

Case No. 4:25-CV-08690-KAW

*[Assigned for all purposes to Magistrate Judge Kandis A. Westmore]*

**JOINT CASE MANAGEMENT STATEMENT**

Plaintiff Jordan Allen Jester ("Plaintiff") and defendant O'Reilly Auto Enterprises, LLC ("Defendant"), by and through their respective undersigned counsel, hereby submit this Joint Case Management Statement and proposed Scheduling Order.

## 1. JURISDICTION AND SERVICE

There are no issues as to jurisdiction. Federal diversity of citizenship jurisdiction exists as Plaintiff is a resident of California and Defendant O'Reilly Auto Enterprises, LLC is a Missouri Limited Liability Company. Defendant O'Reilly Automotive Stores, Inc. has been dismissed. Plaintiff's claims for damages exceeds $75,000. Therefore, federal diversity of citizenship jurisdiction exists over this action pursuant to 28 U.S.C. § 1332.

ZELMS ERLICH LENKOV
California | New Mexico | Arizona | Texas

**2. FACTS**

Plaintiff Jordan Alleen Jester ("Plaintiff") alleges that on June 14, 2023, he slipped and fell inside of a commercial property owned by Defendant O'Reilly Auto Enterprises, LLC ("Defendant"). Plaintiff alleges as a result of the fall he suffered bodily injuries including injury to his right knee. Plaintiff's Complaint alleges two causes of action for premises liability and general negligence. Plaintiff's counsel was retained shortly before the statute of limitations was to run. Plaintiff's counsel is still in the process of obtaining the relevant medical records and bills.

**3. LEGAL ISSUES**

This is a premises liability case. Defendant owns the store. The issue is whether Defendant failed to maintain safe conditions. The other issue whether the slip and fall caused the extent of Plaintiff's alleged injuries.

**4. MOTIONS**

There are no anticipated motions. The incorrect entity, Defendant O'Reilly Automotive Stores, Inc., has already been dismissed without prejudice.

**5. AMENDMENT OF PLEADINGS**

Neither side anticipates any amendments of the pleadings.

**6. EVIDENCE PRESERVATION**

Both counsel have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. The parties have agreed to preserve documents, electronically stored information ("ESI"), and other data or information generated by and/or stored on computers, or other storage media, related to the events and occurrences giving rise to this action, to the extent such documents exist. The parties will act diligently and in good faith to comply with all legal obligations regarding the preservation of evidence.

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**7. DISCLOSURES**

Counsel have agreed to extend the deadline to provide initial disclosures to February 10, 2026, as Plaintiff's counsel is still working on obtaining all of Plaintiff's medical records and bills.

**8. DISCOVERY PLAN**

As Plaintiff's Counsel was retained shortly before the statute of limitations, counsel has not yet received all of Plaintiff's relevant medical records and bills. Counsel for Plaintiff and Defendant anticipate being able to have meaningful informal settlement discussions by March 2026. Below are the agreed upon discovery dates:

a) **Fact discovery completion: 08/07/2027**

b) **Opening expert disclosures (Rule 26(a)(2)): 09/11/2027 (all parties)**

c) **Rebuttal expert disclosures: 10/16/2027**

d) **Rule 26(a)(3) pretrial disclosures (witnesses/exhibits): 12/04/2027**

e) **All discovery closed (incl. expert): 11/06/2027**

f) **Good-faith settlement discussions completed by: 11/20/2027**

**9. CLASS ACTION**

This is not a class action.

**10. RELATED CASES**

There are no related cases.

**11. RELIEF**

Plaintiff alleges that he suffered bodily injuries including injury to his right knee requiring surgery. Plaintiff's total economic damages are still being collected. Defendant disputes that Plaintiff is entitled to relief of any kind and seeks dismissal of Plaintiff's suit, with prejudice.

**12. SETTLEMENT and ADR**

The parties have agreed to private mediation after the completion of written discovery of party depositions.

///

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**13. OTHER REFERENCES**

This case is not suitable for reference to binding arbitration, a special master, or to the Judicial Panel on Multi-District Litigation.

**14. NARROWING OF ISSUES**

None to date.

**15. SCHEDULING**

The parties propose the following schedule:

***Initial Disclosure due:*** February 10, 2026 (due to counsel still waiting for relevant medical records and bills).

***Initial Case Management Conference:*** January 13, 2026 at 1:30 PM

***Fact Discovery cut-off:*** August 7, 2027

***Expert Disclosures due:*** September 11, 2027

***Rebuttal Expert Disclosures due:*** October 16, 2027

***Expert Discovery cut-off:*** November 6, 2027

***Dispositive Motions deadline:*** December 7, 2027

***Hearing Date for Dispositive Motions deadline:*** February 2028

***Final Pretrial Conference:*** April 2028

***Trial Date (subject to Court availability):*** June 2028

**16. TRIAL**

The parties have requested a jury trial. Counsel anticipates that trial of this matter will take five to seven days, including jury selection.

**17. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

The parties are unaware of any non-parties whose interests could be substantially affected by the outcome of the proceeding.

**18. PROFESSIONAL CONDUCT**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

ZELMS ERLICH LENKOV
California | New Mexico | Arizona | Texas

**19. OTHER MATTER**

The parties are not aware of any other matter at this time that requires the Court's attention.

DATED: January 7, 2026

**ZELMS ERLICH LENKOV**

By: [signature]

Jeffrey M. Lenkov
Bahareh Habibi
Attorneys for Defendant,
O'REILLY AUTO ENTERPRISES, LLC

DATED: January 7, 2026

**HABBAS, NASSERI & ASSOCIATES**

By: */s/ Angela F. Storey*

Angela F. Storey
Tarik Habbas
Attorneys for Plaintiff,
JORDAN ALLEN JESTER

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**PROOF OF SERVICE**
***Jordan Allen Jester vs. O'Reilly Automotive***
**Case No.:** 4:25-CV-08690-KAW

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On **January 7, 2026**, I served true copies of the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT**on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Tarik R. Habbas<br>Habbas, Nasseri & Associates<br>1501 The Alameda<br>San Jose, CA 95126<br>Telephone: (408) 278-0480<br>Facsimile: (408) 278-0488 | ***Attorneys for Plaintiff***<br><br>Litigation@habbaslaw.com<br>astorey@habbaslaw.com<br>npedroza@habbaslaw.com |

**[X]** **BY ELECTRONIC SERVICE:** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF to the filing party, the assigned judge, and any registered users in the case. The NEF constitutes service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission.

**[X]** **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 7, 2026**, in Woodland Hills, California.

| | |
|---|---|
| NATALIE ROMERO | */s/ Natalie Romero* |
| Type or Print Name | Signature |